*This case was not selected for publication in the Federal Reporter*

**Kent Richard JONES, Appellant,**

v.

**John STUART, Appellee.**

No. 05–3613.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 7, 2006.

Filed: Dec. 14, 2006.

John Remington Graham, St–Agapit Comte de Lotbiniere 180 Haut de la Par-

---

1. The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.

oisse Quebec Canada GOS LZO, Kent Richard Jones, c/o John Remington Graham St–Agapit Comte de Lotbiniere, argued, Quebec Canada GOS LZO, for Appellant.

John Steven Garry, Attorney General's Office, argued, St. Paul, MN, for Appellee.

Before SMITH, MAGILL and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Kent Richard Jones appeals the district court's[1] dismissal with prejudice of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record, we conclude dismissal of the complaint was proper for the reasons explained by the district court. Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota, now retired.